UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 5 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          4:06cr147-02 WRW

LEON NASH                                                             DEFENDANT(S)

## ORDER

The government has moved for detention of the defendant Leon Nash in this case. Following a hearing held on May 22, 2007, the jurist undersigned requested briefs from counsel, to focus on the chronology and intertwinings of the state and Federal custody that Mr. Nash has endured since his arrest by Little Rock police on May 14, 2005 on state charges.

The instant offense carries with it the presumption for detention, and the undersigned concludes that Mr. Nash has not rebutted the presumption that no condition or combination of conditions could reasonably insure the safety of the community if Mr. Nash was released. Mr. Nash presented no evidence of possible residence or of employment, or of any stabilizing factors. Trial is set for October 15, 2007.

Of more concern to this jurist was the inordinate length of incarceration that the defendant has endured. When viewed, however, against the background of (1) a plethora of state charges, (2) two federal indictments (4:05cr00281 indicted November 2, 2005) (4:06cr00147 indicted April 5, 2006) and several motions for continuance, it is concluded

that Mr. Nash's incarceration has not been punitive in nature. See *United States v. Infelise, et al.*, 934 F. 2d 103 (7th Cir. 1991).

It is therefore ordered that the defendant shall be detained.

IT IS SO ORDERED this 5th day of June 2007.

_____
U.S. Magistrate Judge John F. Forster, Jr.